# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**WARRIOR SPORTS, INC.,**
**a Michigan Corporation,**

       **Plaintiff,**

**vs**                            **Case No: 07-14597**
                                     **HONORABLE VICTORIA A. ROBERTS**

**STX, L.L.C.,**
**a Maryland Limited Liability Corporation,**

       **Defendant.**
_____/

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for a Preliminary Injunction. The Court previously granted Plaintiff's Motion, but held it in abeyance pending receipt of Defendant's profit loss estimate.

Defendant submitted its estimated profit loss under seal on March 24, 2008. Stating that it "only intended to sell its remaining inventory and any units in transit to it from the factory," Defendant estimates its potential lost profits at $13,608.78. Plaintiff did not submit a counter-estimate of profit loss, but submitted a letter contesting Defendant's estimated loss amount and claiming Defendant underestimated its losses in order to undercut Plaintiff's future damages claim. Whatever Defendant's possible motivations for their profit loss estimate, Plaintiff was given the opportunity to submit its own estimate of lost profits, but declined to do so.

Pursuant to FED. R. CIV. P. 65(c), the Court orders Plaintiff to pay a bond to Defendant in the amount of $13,608.78 before the injunction issues. Plaintiff is also

ordered to submit a proposed final preliminary injunction order by the end of business

March 27, 2008.  After receipt of Plaintiff's proposed order the Court will enter a final

order on March 28, 2008.

**IT IS ORDERED**.


___/s/ Victoria A. Roberts_____
Victoria A. Roberts
United States District Judge

Dated:  March 26, 2008

The undersigned certifies that a copy of this
document was served on the attorneys of
record by electronic means or U.S. Mail on
March 26, 2008.

s/Linda Vertriest_____
Deputy Clerk